## **Index of Exhibits**

1. Plaintiff's Charge

2. Notice of Right To Sue